UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

FRANKIE ALBA,

Defendant.

18cr75 (DLC)

ORDER

DENISE COTE, District Judge:

On August 3, 2026, defendant Frankie Alba filed a motion dated July 17, 2026 requesting the early termination of his supervised release. The Government responded on September 14 that it does not oppose the motion and defers to the Court.

The defendant has completed more than three years of his four-year term of supervised release. On October 20, the Probation Department reported that the defendant has tested negative for all substances since beginning his supervision and has maintained a stable residence and employment. Accordingly, it is hereby

ORDERED that the defendant's motion for the early termination of supervised release is granted.

Dated: New York, New York
November 5, 2026

DENISE COTE
United States District Judge